Sealed

Public and unofficial staff access to this instrument are prohibited by court order.

UN-SEALED PER _order_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO: |
| v. | § § | SEALED H-09- 342 |
| LAURA PENDERGEST-HOLT a/k/a Laura Pendergest a/k/a Laura Holt | § § § § § § § § § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a ___CRIMINAL INDICTMENT___ has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on _July 1, 2009_ at _10:00 AM_  Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

LAURA PENDERGEST-HOLT

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on _June 18_, 20_09_.

_Frances H. Stacy_
UNITED STATES MAGISTRATE JUDGE