> **Sealed**
> Public and unofficial staff access
> to this instrument are
> prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UN-SEALED PER Order

H-09- 342

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § | CRIMINAL NO: **SEALED** |
| v. | | |
| GILBERTO LOPEZ | | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  **CRIMINAL INDICTMENT**  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

**GILBERTO LOPEZ**

■ DETENTION
☒ RELEASED ON CONDITIONS
□ APPEARANCE BOND IN THE
AMOUNT OF: $

SIGNED at Houston, Texas, on _June 18_, 20_09_.

_____
Frances H. Stacy
UNITED STATES MAGISTRATE JUDGE