Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UN-SEALED PER Order

H-09- 342

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CRIMINAL NO: SEALED |
| MARK KUHRT | § § § § § § § § § § § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A __CRIMINAL INDICTMENT__ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

MARK KUHRT

[ ] DETENTION

[ ] RELEASED ON CONDITIONS

[ ] APPEARANCE BOND IN THE
     AMOUNT OF: $

SIGNED at Houston, Texas, on _June 18_, 20 _09_.

_____
UNITED STATES MAGISTRATE JUDGE