UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UN-SEALED PER order

H-09- 342

| UNITED STATES OF AMERICA | § |
|---|---|
| v. | § CRIMINAL NO: |
| LEROY KING | § SEALED |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  CRIMINAL INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

LEROY KING

☐ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on  June 18, 2009.

_Frances H. Stacy_
UNITED STATES MAGISTRATE JUDGE