Case 4:09-cr-00342  Document 13  Filed in TXSD on 06/19/09  Page 1 of 1
United States Courts
Southern District of Texas
ENTERED
JUN 19 2009
Michael N. Milby, Clerk of Court

**COURTROOM MINUTES:**
**The Honorable Frances H. Stacy, Presiding**
Deputy Clerk: Alisha Maly
Interpreter No     ERO P. Williams
USPT/USPO D. Hernandez       OPEN 11:23   ADJOURN 1:48
☐ OTHER DISTRICT  ☐ DIVISION       THEIR CASE# _____

**PROCEEDING HELD:**
☑ Initial Appearance     ☐ Counsel Determination Hearing     ☐ Status Hearing
☐ Bond Hearing           ☐ Identity                          ☐ Hearing Continued on ____
☐ Detention Hearing      ☐ Preliminary Hearing               ☐ Other ____

CASE NUMBER CR H- 09 342-4

USA VS. Mark Kuhrt        AUSA Gregg Costa

☑ Date of arrest 6/19/09          ☐ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☑ Indictment/Complaint ☐ Information ☐ Superceding
                                                              Violation of ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared     ☐ with ☑ without counsel

☑ Defendant requests appointed counsel.        ☑ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender     ☑ Order appointing private counsel to follow.
☑ Order of partial reimbursement to follow.   ☑ Oral order, Defendant to Reimburse CJA fund $ 200.00
☐ Defendant advises that he will retain private counsel. _____

☑ Defendant 4 bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☑ $ 100,000.00 Deposit 10% by 6/22/09
☐ Defendant ___ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☐ Defendant ___ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☑ Surety signatures required as to Defendant(s) Geovonne Kuhrt
☑ Defendant(s) 4 advised of conditions of release
☑ BOND EXECUTED and Defendant 4 Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s) ____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) ____
☐ Order of Detention Pending Trial entered as to Defendant(s) ____.
☐ Bond revoked          ☐ Bond reinstated       ☐ Bond Continued
☐ Defendant _____ remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause     ☐ Identity
☑ Defendant(s) _____ is/are scheduled on 6/25/09 at 10:00 for:
   ☑ Arraignment           ☐ Counsel Determination Hearing    ☐ Identity Hearing
   ☐ Detention Hearing     ☐ Preliminary Hearing              ☐ Final Revocation Hearing