United States Courts
Southern District of Texas
ENTERED

JUN 1 9 2009

Michael N. Milby, Clerk of Court

**COURTROOM MINUTES**:
The Honorable Frances H. Stacy, Presiding .
Deputy Clerk: Alisha Maly
Interpreter _NO_          ERO _P. Williams_
USPT/USPO _D. Hernandez_                                    OPEN _11:23_   ADJOURN _11:48_
☐ OTHER DISTRICT     ☐ DIVISION                    THEIR CASE#

**PROCEEDING HELD:**
☑ Initial Appearance            ☐ Counsel Determination Hearing        ☐ Status Hearing
☐ Bond Hearing                  ☐ Identity                              ☐ Hearing Continued on_____
☐ Detention Hearing             ☐ Preliminary Hearing                   ☐ Other_____

CASE NUMBER   CR H- _09_ _342_-_3_

USA VS.                                          AUSA _Gregg Costa_

_Gilberto Lopez_                                 _Dan Cogdell -R- for this_
_____                          _hearing only_

☑ Date of arrest _6/19/09_                        ☐ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☑ Indictment /Complaint ☐ Information ☐ Superceding
                                                 Violation of  ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared   ☑ with  ☐ without counsel

☐ Defendant requests appointed counsel.            ☐ Financial Affidavit executed and sworn.
☐ Order appointing  Federal Public Defender        ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☑ Defendant advises that he will retain private counsel.

☑ Defendant _3_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☑ $ _100,000.00_ Deposit _10% by 6/22/09_
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☑ Surety signatures required as to Defendant(s) _Guadalupe Lopez + Gilberto Lopez III_
☑ Defendant(s)_3_____ advised of conditions of release
☑ BOND EXECUTED and Defendant _3_____Released
☐ No bond set at this time.  10 day Detention Order entered, as to Defendant(s)_____
☐ Order of Temporary Detention Pending Hearing  entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond revoked          ☐ Bond reinstated      ☐ Bond Continued
☐ Defendant _____remanded to custody     ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant_____Waiver  of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause      ☐ Identity

☑ Defendant(s) _____ is/are scheduled on _6/25/09_ at _10:00_____for:
     ☑ Arraignment          ☐ Counsel Determination Hearing        ☐ Identity Hearing
        ☐ Detention Hearing      ☐ Preliminary Hearing                  ☐ Final Revocation Hearing