## SENTENCE DATA SHEET

**CRIMINAL NO.:**   H-09-342-2

**DEFENDANT:**   Laura Pendergest-Holt

**DEFENDANT'S IMMIGRATION STATUS:**   United States Citizen

**GUILTY PLEA:**   Count Twenty of the Indictment

**SUBSTANCE OF PLEA AGREEMENT:**   Pursuant to Rule 11(c)(1)(A) & (c)(1)(C), defendant will plead guilty to Count Twenty of the Indictment, agrees to serve a sentence of 36 months imprisonment followed by a three-year term of supervised release and waives the right to file an appeal or motion for post-conviction relief.

If defendant persists in her plea through sentencing, the United States agrees to a sentence of 36 months imprisonment followed by three years supervised release and will move to dismiss the remaining counts of the Indictment at sentencing.

**COUNT TWENTY:**   18 U.S.C. §1505 (Obstructing an Agency Proceeding)

**ELEMENTS COUNT TWENTY:**

1. There was a proceeding pending before a department or agency of the United States, namely the United States Securities and Exchange Commission ("SEC");

2. The defendant knew of the SEC proceeding; and

3. That the defendant intentionally endeavored corruptly to influence, obstruct or impede the SEC proceeding.

**PENALTY ON**
**COUNT TWENTY:** The **statutory** maximum penalty for a violation of 18 U.S.C. §1505 is imprisonment for a term not to exceed five (5) years, a fine of up to $250,000, up to three (3) years supervised release and a $100 special assessment.

**ALTERNATIVE**
**FINE BASED ON**
**GAIN OR LOSS:** Inapplicable

**SENTENCING**
**GUIDELINES:** Advisory

**ATTACHMENT:** Plea Agreement