| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Thompson, Coe / William R. Moye | (713) 403-8248 | 10/25/2013 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| One Riverway, Suite 1400 | Houston | Texas | 77056 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 4:09-cr-00342-1 | David Hittner | 10. FROM 6/18/2009 | 11. TO 5/14/2013 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| USA v. Stanford | 13. CITY Houston | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | Dr. Ralph Lilly | 12/20/2011 - 12/22/2011 |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [x] | [ ] | NO. OF COPIES 1 | | 115.20 |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | | ESTIMATE TOTAL | 115.20 |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional)

18. SIGNATURE  /s/ William R. Moye

19. DATE  10/25/2013

| | | | PROCESSED BY | |
|---|---|---|---|---|
| TRANSCRIPT TO BE PREPARED BY | | | ORDER ADDRESS | |
| ORDER RECEIVED | DATE | BY | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 115.20 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 115.20 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 115.20 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

Thompson Coe   Fax:7134038299   Oct 25 2013 12:07pm   P001/003

# THOMPSON COE

Thompson, Coe, Cousins & Irons, L.L.P.
Attorneys and Counselors

| | | | |
|---|---|---|---|
| **To:** | Southern District of Texas Court Reporting Services | **Fax:** | (713) 250-5937 |
| | | **Phone:** | (713) 250-5500 |
| **From:** | Dawn D. Whited | **Phone:** | (713) 403-8248 |
| **Date:** | October 25, 2013 | **Time:** | |
| **File No:** | 08423.524 | **User ID:** | WHITD |
| **Re:** | Transcript - Testimony of Dr. Ralph Lilly | | |

There are __2__ pages being sent, including this page.

If you are having difficulty receiving this document, please call:

Dawn D. Whited   at   (713) 403-8248

☒ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

**Message:**

**Confidentiality Notice:** This message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is confidential and protected from disclosure by law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any distribution or copying is prohibited. If you received this communication in error, please notify us immediately by telephone (collect), and return the original to us at the address below via U.S. Postal Service.

One Riverway | Suite 1400 | Houston, TX 77056 | (713) 403-8210 | Fax: (713) 403-8299

Thompson Coe    Fax:7134038299    Oct 25 2013 12:07pm  P002/003

# THOMPSON COE

Thompson, Coe, Cousins & Irons, L.L.P.
Attorneys and Counselors

Dawn Whited
Direct Dial: (713) 403-8248
dwhited@thompsoncoe.com

Austin
Dallas
Houston
Los Angeles
Northern California
Saint Paul

October 25, 2013

United States District Court
Southern District of Texas
515 Rusk Avenue
Houston, TX 77002

Re:   USA v. Stanford; 4:09-cr-00342-1

Dear Clerk:

Please find attached a Transcript Order Form concerning the above referenced matter. I have spoken with the court reporter, Gayle Dye, and will be delivering a copy of the form and required monies to her today. In return, she will be emailing the requested transcript to my attention this afternoon.

Thank you.

Very truly yours,

Dawn Whited
Legal Assistant

Enclosure

1925103v1
08423-524

One Riverway | Suite 1400 | Houston, TX 77056 | (713) 403-8210 | Fax: (713) 403-8299